**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KAREN MCDONNELL,<br><br>                    Plaintiff,<br><br>v.<br><br>CLARK COUNTY,<br><br>                    Defendant(s). | 2:22-cv-00425-JCM-VCF<br>**ORDER** |

   Before the court is *Karen McDonnell v. Clark County*, case number 2:22-cv-00425-JCM-VCF.

   A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

   Accordingly,

   IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before July 12, 2022.

   DATED this 28th day of June, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE