# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| KAREN MCDONNELL,<br>　　　Plaintiff(s),<br>v.<br>CLARK COUNTY,<br>　　　Defendant(s). | Case No. 2:22-cv-00425-JCM-VCF<br><br>**Order**<br><br>[Docket No. 16] |

Pending before the Court is a stipulation to continue the early neutral evaluation, Docket No. 16, which is GRANTED.  The early neutral evaluation is CONTINUED to 1:00 p.m. on September 7, 2022.  Evaluation statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on August 31, 2022.

　　　IT IS SO ORDERED.

　　　Dated: July 25, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1