STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **SCOTT R. DAVIS**
Deputy District Attorney
State Bar No. 10019
By: **STEPHANIE A. MAZZEI**
Deputy District Attorney
State Bar No. 11648
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Scott.Davis@ClarkCountyDA.com
          Stephanie.Mazzei@ClarkCountyDA.com
*Attorneys for Clark County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KAREN MCDONNELL, | ) | Case No: 2:22-cv-00425-JCM-VCF |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED] STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FOURTH REQUEST)** |
| vs. | ) | |
| CLARK COUNTY, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the parties that the discovery cut-off date of June 7, 2023, be extended up to and including July 10, 2023, for the purpose of allowing the parties to complete discovery.

**I.   DISCOVERY COMPLETED TO DATE**

(1) The parties have exchanged their initial Rule 26 Disclosures;

(2) Defendant Clark County served its First Supplemental disclosure on or about July 18, 2022;

(3) Plaintiff Karen McDonnell served Defendant Clark County with written discovery

on or about November 15, 2022;

(4) Defendant Clark County responded to Plaintiff's written discovery on or about January 17, 2023;

(5) Defendant Clark County served Plaintiff Karen McDonnell with written discovery on or about February 22, 2023;

(6) Defendant Clark County served its Second Supplemental disclosure on or about February 22, 2023;

(7) Plaintiff responded to Defendant's Request for Admission on March 31, 2023, Request for Production of Documents on April 12, 2023, and Interrogatories on April 19, 2023;

(8) Defendant Clark County served its Third Supplemental disclosure on or about April 20, 2023; and

(9) Defendant Clark County conducted the deposition of Plaintiff Karen McDonnell on April 26, 2023.

## II. DISCOVERY YET TO BE COMPLETED

(1) Plaintiff Karen McDonnell will conduct the deposition of Kevin Schiller;

(2) Depositions of any other witnesses garnered through discovery; and

(3) Disclosure of any additional documents and/or witnesses garnered through discovery.

## III. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties affirm, pursuant to Local Rule 26-3, that good cause exists for the requested extension. This stipulation is not submitted for any improper purpose or to unnecessarily delay the proceedings, the parties submit that good cause exists to grant the extension of the

discovery deadlines as outlined below. This is the parties' fourth request to extend deadlines.

Counsel have been working collegially to move this matter forward. The parties have been diligent in moving the case forward by participating in a reasonable amount of discovery. One of the remaining items of discovery is the deposition of percipient witness, Kevin Schiller. Mr. Schiller currently holds the position of Clark County Manager. As such, he is fully immersed in the current state legislative session, including traveling to Carson City, Nevada to conduct legislative business on behalf of Clark County. Due to the unpredictability associated with legislative business, Mr. Schiller is unable to commit to a date certain for his deposition until after the legislative session concludes.[1] Therefore, Mr. Schiller is not available for his deposition until after the current discovery deadline.

Further, the parties are also sincerely resuming settlement discussions in hopes of resolving this matter without further Court intervention.

### IV.     EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. This is the fourth request for an extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for this short extension.

### V.     PROPOSED EXTENDED DEADLINES

The current discovery cut-off date of June 7, 2023 should be extended up to and including July 10, 2023. The parties respectfully request this Court enter an order as follows:

---

[1] Mr. Schiller's deposition was scheduled to take place on May 31, 2023, but he is no longer available on that date due to legislative business scheduled beyond his control. The parties are working to determine the soonest date to conduct Mr. Schiller's deposition.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | June 7, 2023 | **July 10, 2023** |
| Dispositive Motions | July 10, 2023 | **August 9, 2023** |
| Joint Pretrial Order | August 9, 2023 | **September 8, 2023**<br><br>*If dispositive motions are pending, then the parties will serve their Joint Pretrial Order within thirty days of the Court's order as to the parties' dispositive motions.* |

DATED this 31st day of May, 2023.

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: */s/Stephanie A. Mazzei*
SCOTT R. DAVIS
Deputy District Attorney
State Bar No. 10019
STEPHANIE A. MAZZEI
Deputy District Attorney
State Bar No. 11648
500 South Grand Central Pkwy., Ste. 5075
Las Vegas, Nevada 89155-2215
*Attorneys for Defendant Clark County*

DATED this 31st day of May, 2023.

F. TRAVIS BUCHANAN, ESQ, PLLC

By: */s/ F. Travis Buchanan*
F. TRAVIS BUCHANAN, ESQ.
State Bar No. 9371
701 East Bridger Ave. Ste. 540
Las Vegas, Nevada 89101
*Attorney for Plaintiff Karen McDonnell*

# ORDER

The discovery dates are amended as follows:

| Scheduled Event | Deadline |
|---|---|
| Discovery Cut-off | *July 10, 2023* |
| Dispositive Motions | *August 9, 2023* |
| Joint Pretrial Order | *September 8, 2023* <br><br> *If dispositive motions are pending, then the parties will serve their Joint Pretrial Order within thirty days of the Court's order as to the parties' dispositive motions.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
5-31-2023
Dated: _____