**F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC**
F. Travis Buchanan, Esq. (SBN: 9371)
701 E. Bridger Ave., Suite 540
Las Vegas, Nevada 89101
Telephone: (702) 331-5478
Facsimile: (702) 629-6919
Email: *Travis@ftblawlv.com*
*Attorneys for Plaintiff Karen McDonnell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN MCDONNELL, an individual, | CASE NO.: 2:22-cv-00425-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE.** |
| CLARK COUNTY, a political subdivision of the State of Nevada; DOES 1-10, and ROE ENTITIES 1-10, inclusive. | |
| Defendants. | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---
-1-
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), PLAINTIFF KAREN MCDONNELL and DEFENDANT CLARK COUNTY, through their respective counsel of record, hereby stipulate that the above-captioned action may be dismissed with prejudice with each party to bear its own attorney's fees and costs. Once the Court enters the proposed Order, this matter may be closed and all hearing dates or other deadlines in the discovery plan and scheduling order vacated.

Dated this **22nd** day of August, 2023.

| F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC | CLARK COUNTY DISTRICT ATTY'S OFC., CIVIL DIVISION |
|---|---|
| */s/ F. Travis Buchanan*<br>F. Travis Buchanan, Bar No. 9371<br>701 East Bridger Ave., Suite 540<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff*<br>*Karen McDonnell* | */s/     Stephanie A. Mazzei*<br>Stephanie A. Mazzei, Bar No. 11648<br>500 South Grand Central Pkwy., Ste. 5075<br>Las Vegas, NV 89155-2215<br>*Attorneys for Defendant*<br>*Clark County* |

**IT IS SO ORDERED**

Dated: August 30, 2023.

UNITED STATES DISTRICT JUDGE